UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INFORMATION<br>18 U.S.C. § 2422(b) |
| WILLIAM RAY KISOR, | FORFEITURE ALLEGATION |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### (Attempted Coercion and Enticement)

1. From on or about January of 2023 to on or about November 14, 2024, in the Southern District of Ohio, the defendant, **WILLIAM RAY KISOR**, did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years, that is Jane Doe 2, an approximately 15-year old female, and Jane Does 3 and 4, approximately 8-year-old females, to engage in sexual activity for which any person can be charged with a criminal offense, namely rape, which is a criminal offense under Ohio Revised Code § 2907.02.

**In violation of 18 U.S.C. § 2422(b).**

## FORFEITURE ALLEGATION

2. The allegations of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 2428(b)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count 1 of this Information, the defendant, **WILLIAM RAY KISOR**, shall forfeit to the United States his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, including, but not limited to the following:

- One Nokia cell phone, IMEI #358712914117294.

**Forfeiture notice pursuant to 18 U.S.C. § 2428(b)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
**United States Attorney**

*/s/ Jennifer M. Rausch*

**JENNIFER M. RAUSCH (0075138)**
**HEATHER A. HILL (0100920)**
**Assistant United States Attorneys**